UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcquis Simpson, <br>     Plaintiff, <br> v. <br> Lobos Auto Corp., <br>     Defendant. | Case No. 2:18-cv-01725-WBS-EFB <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment.

November 20, 2018                                                     MARIANNE MATHERLY, CLERK

                                                                                                        By: /s/ J. Donati, Deputy Clerk